**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

TYRONE ALEXANDER                                                                                          PETITIONER

v.                                                                                                            NO. 1:05CV149-D-D

STATE OF MISSISSIPPI, ET AL.                                                                        DEFENDANTS

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated November 21, 2005, and the December 2, 2005, objections to the Report and Recommendation, the court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated November 21, 2005, is hereby approved and adopted as the opinion of the court.

2. That the state's November 1, 2005, motion to dismiss is hereby **GRANTED.**

3. That the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

4. That this case is **CLOSED.**

THIS, the 23rd day of March, 2006.

                                              /s/ Glen H. Davidson
                                              CHIEF JUDGE